**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID L. ROTHMAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNUM GROUP, UNUM LIFE INSURANCE** | : | |
| **COMPANY OF AMERICA and** | : | |
| **PROVIDENT LIFE AND ACCIDENT** | : | |
| **INSURANCE COMPANY** | : | **NO.  18-1299** |

## ORDER

**NOW**, this 15th day of October, 2018, upon consideration of the Motion for Summary Judgment of Defendants, Unum Group, Unum Life Insurance Company of America, and Provident Life and Accident Insurance Company (Document Nos. 20 and 21), the plaintiff's response, the reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT IS ENTERED** in favor of the defendants Unum Group, Unum Life Insurance Company of America, and Provident Life and Accident Insurance Company, and against the plaintiff, David L. Rothman.

/s/TIMOTHY J. SAVAGE